**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **LARRY MOBLY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. CIV-14-0957-D |
| **SSM HEALTH CARE OF OKLAHOMA, INC. and SAINTS MEDICAL GROUP, LLC** | ) ) ) ) ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Larry Mobly, hereby stipulates with the Defendants, SSM Health Care of Oklahoma, Inc. and Saints Medical Group, LLC, that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

CROWE & DUNLEVY

s/ Adam W. Childers
Adam W. Childers, OBA # 18673
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700 (Telephone)
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com
- and-
Ruth Addison, OBA # 21584
500 Kennedy Building
320 South Boston
Tulsa, OK 74103-3313
(918) 592-9818 (Telephone)
(918) 599-6302 (Facsimile)
ruth.addison@crowedunlevy.com

ATTORNEYS FOR DEFENDANTS

s/Amber L. Hurst
Mark E. Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
(*signed by Adam W. Childers with permission of Amber L. Hurst*)
HAMMONS, GOWENS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, OK 73102
(405) 235-6100
(405) 235-6111 (Facsimile)
mark@hammonslaw.com
amber@hammonslaw.com

ATTORNEYS FOR PLAINTIFF